IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Richmond Division)

LANEKA C. ASKEW, )
)
Plaintiff, )
)
v. ) Civ. Action No: 3:10CV00651
)
BUREAU OF COLLECTION RECOVERY, LLC )
)
Defendant. )

## STIPULATION OF DISMISSAL

COME NOW, the parties, by counsel, and enter this STIPULATION OF DISMSSIAL WITH PREJUDICE pursuant to FRCP 41(a)(1)(ii). Each party shall bear their own attorney fees and costs.

I ASK FOR THIS:

LANEKA C. ASKEW

John Cole Gayle, Jr., Esq.
The Consumer Law Group, P.C.
5905 West Broad Street, Suite 303
Richmond, Virginia 23230
Phone: 804 282-7900
Fax: 804-673-0316
Email: jgayle@theconsumerlawgroup.com
*Counsel for Ms. Askew*



SEEN AND AGREED

BUREAU OF COLLECTION RECOVERY, LLC

_____
Andrew Biondi, Esq. VSB#48100
Sands Anderson PC
1111 E. Main St.
Suite 2400
P.O. Box 1998
Richmond, VA 23218
804-783-7265
804-783-7291 (fax)
abiondi@sandsanderson.com (e-mail)
*Counsel for defendant*

## CERTIFICATE OF ENDORSEMENT

I certify that all necessary parties have endorsed the foregoing order.

_____
John Cole Gayle, Jr., Esq.
The Consumer Law Group, P.C.
5905 West Broad Street, Suite 303
Richmond, Virginia 23230
Phone: 804 282-7900
Fax: 804-673-0316
Email: jgayle@theconsumerlawgroup.com
*Counsel for Ms. Askew*

SO ORDERED:

Date: March 4, 2011      /s/    REP
Hon. Robert E. Payne
Senior U.S. District Court Judge
Eastern District of Virginia
(Richmond Division)

2